**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

MUHAMMAD AHMAD ABDALLAH     :
AL ANSI, <u>et</u> <u>al.</u>,            :
                                       :
    **Petitioners**,                   :
                                       :
    **v.**                             :     Civil Action No. 08-1923 (GK)
                                       :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,   :
                                       :
    **Respondents.**                   :
_____:

## ORDER

A telephone conference was held on the record in this case on December 9, 2010. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the parties shall set aside **March 21, 2011 through March 30, 2011** as alternative dates for the Merits Hearing; and it is further

**ORDERED**, a telephone conference shall be held on **December 16, 2010** at **10:00 a.m.**


December 9, 2010                        /s/
                                        Gladys Kessler
                                        United States District Judge